[No. 38677-1-II.  Division Two.  August 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNN M. SMYTHE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00272-4, Michael J. Sullivan, J. Pro Tem., entered December 10, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 38837-5-II.  Division Two.  August 3, 2010.]

KARYN A. CARBAUGH, *Appellant*, v. JOHN N. JOSLIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-06529-0, Brian M. Tollefson, J., entered January 8, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 38932-1-II.  Division Two.  August 3, 2010.]

MACK LITTON, *Appellant*, v. CLOVER PARK SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05202-3, Vicki L. Hogan, J., entered January 30, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Bridgewater, J., and Houghton, J. Pro Tem.

[No. 39050-7-II.  Division Two.  August 3, 2010.]

SERVANDO JASSO, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-00181-1, Carol Murphy, J., entered February 13, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.